IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:11MJ187 - TDT |
| ) | |
| vs. ) | ORDER FOR DISMISSAL |
| ) | |
| CARLOS LOZANO, ) | |
| ) | |
| Defendant. ) | |

Upon the Motion for Dismissal by the United States (Filing No. 18), filed pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Criminal Complaint against Carlos Lozano.

**IT IS ORDERED** that the Motion to Dismiss the Criminal Complaint (Filing No. 18) is granted.

Dated this 27th day of September, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge